UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

Nos. 12-1165, 12-1166 & 12-1167
_____

IN RE  BABY PRODUCTS ANTITRUST LITIGATION

Kevin Young, Appellant (No. 12-1165)

Clark Hampe, Appellant (No. 12-1166)

Allison Lederer, Appellant (No. 12-1167)

_____

Appeal from the United States District Court
for the Eastern District of Pennsylvania
(D.C. Civil Action Nos. 2-06-cv-00242 / 2-09-cv-06151)
District Judge: Honorable Anita B. Brody

_____

Argued September 19, 2012

Before AMBRO, GREENAWAY, JR., and O'MALLEY,[*] Circuit Judge

(Opinion filed February 19, 2013)

**ORDER  AMENDING  PRECEDENTIAL  OPINION**

AMBRO, Circuit Judge

IT IS NOW ORDERED that the published Opinion in the above case filed February 19, 2013, be amended as follows:

On page 15, footnote 7, lines 5–6, delete the phrase "(*en banc*)".

By the Court,

/s/ Thomas L. Ambro, Circuit Judge

Dated:        March 28, 2013

_____

[*] Honorable Kathleen M. O'Malley, United States Court of Appeals for the Federal Circuit, sitting by designation.